No. 94–815. PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI *v.* LYNCH ET AL. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 20, 1995

No. 93–2068. KIMBERLIN *v.* QUINLAN ET AL. C. A. D. C. Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 1, 1995. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 29, 1995. This Court's Rule 29.2 does not apply.

No. 94–6790. GARLOTTE *v.* FORDICE, GOVERNOR OF MISSISSIPPI. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 1, 1995. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 29, 1995. This Court's Rule 29.2 does not apply.

JANUARY 23, 1995

No. 93–995. HOME BUYERS WARRANTY CORPORATION II ET AL. *v.* LOPEZ. Sup. Ct. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Allied-Bruce Terminix Cos.* v. *Dobson, ante,* p. 265.

No. 93–1000. TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP ET AL. *v.* JACKSON ET UX. Sup. Ct. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Allied-Bruce Terminix Cos.* v. *Dobson, ante,* p. 265.